**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6327

LUKE D. PATTERSON,

Petitioner - Appellant,

v.

R. M. WOLFE, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:21-cv-00075-GMG-RWT)

Submitted:  July 25, 2023                                           Decided:  July 28, 2023

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Luke D. Patterson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luke D. Patterson appeals the district court's order denying his motion to reconsider the court's prior order denying relief on his 28 U.S.C. § 2241 petition.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Patterson v. Wolfe*, No. 3:21-cv-00075-GMG-RWT (N.D. W. Va. Mar. 15, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*